IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES FORDJOUR,

       Plaintiff,         CV F 07 1830 AWI WMW PC

  vs.                        FINDINGS AND RECOMMENDATION
                             RE MOTION FOR INJUNCTIVE RELIEF  (DOC 3)

JAMES HARTLEY, et al.,

       Defendants.

      Plaintiff, formerly in the custody of the California Department of Corrections and Rehabilitation, is proceeding in a civil rights action against defendant correctional officials employed by the CDCR at Avenal State Prison.   Pending before the court is Plaintiff's motion for preliminary injunctive relief.

      Plaintiff seeks an injunction preventing correctional officials from imposing any disciplinary action against him, and from denying him a parole hearing.  Subsequent to the filing of the motion, Plaintiff was released from the custody of the CDCR.  Plaintiff is no longer subject to the conditions complained of.  When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request

1

1  should be denied as moot.

2      Further, an order has been entered, dismissing the complaint and granting Plaintiff leave
3  to file an amended complaint.  There is no operative pleading that states a claim for relief against
4  any of the named defendants, and no defendant has been served or filed a response.  The court
5  must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not
6  yet served or before the court.  Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

7      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive
8  relief be denied as moot.

9      These findings and recommendations are submitted to the United States District Judge
10 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days
11 after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
14 shall be served and filed within ten days after service of the objections.  The parties are advised
15 that failure to file objections within the specified time waives all objections to the judge's
16 findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
17 objections within the specified time may waive the right to appeal the District Court's order.
18 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

19

20     IT IS SO ORDERED.

21 **Dated:   June 24, 2008**               /s/  William M. Wunderlich
                                                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26