# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | CASE NO. 1:07-cv-01830-AWI-YNP PC |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| JAMES HARTLEY, et al., | (Doc. 2) |
| Defendants. | |

Plaintiff Charles Fordjour ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed the $350.00 filing fee. On December 17, 2007, Plaintiff submitted an application to proceed in forma pauperis. (Doc. #2.)

The Court has reviewed Plaintiff's application to proceed in forma pauperis. The section entitled "Certificate" was to be completed by the institution of incarceration but in this case appears to have been completed by Plaintiff. A signature is required from an "authorized officer." In lieu of a signature from an authorized officer, Plaintiff wrote "I have already submitted original 6-month statement to the clerk's office which was certified by the trust office." The Court has not received any trust account statements from Plaintiff for this case. The Court cannot grant Plaintiff's improperly filled-out in forma pauperis application. The Court will grant Plaintiff the opportunity to resubmit a second application to proceed in forma pauperis. Failure to resubmit an application to proceed in forma pauperis or to pay the filing fee in full, will result in this action being dismissed for failure to pay the filing fee.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed on December 17, 2007, is DENIED; and

2. Within 45 days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, properly completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

**Failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

**Dated:　November 13, 2009**　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE